STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN J. DOWNING, DEFENDANT-PETITIONER.

*Mr. John J. Downing, in propria persona.*

*Mr. Martin J. Queenan* and *Mr. Myron H. Gottlieb* for the respondent.

February 13, 1969. Denied.

ANTHONY MARSICO, JR., PLAINTIFF-PETITIONER, v. RETAIL CREDIT COMPANY, *ETC.*, DEFENDANT-RESPONDENT.

*Messrs. Mainardi & Mainardi* for the petitioner.

*Messrs. Lum, Biunno & Tompkins* and *Mr. Theodore L. Abeles* for the respondent.

February 13, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EARL COBB, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman* and *Mr. Gerald T. Foley, Jr.* for the petitioner.

*Mr. Robert H. Doherty, Jr.* and *Mr. Peter J. Giovine* for the respondent.

February 13, 1969. Denied.